FILED

11/30/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0539



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0539

ESTATE OF WILLIAM H. BALTRUSCH,

   Plaintiff and Appellee,

  v.

LASALLE RANCH, INC.,

   Respondent and Appellant.

_____     ORDER OF MEDIATOR APPOINTMENT

LASALLE RANCH, INC.,

   Petitioner and Appellant.

  v.

HILL COUNTY JUSTICE COURT,
AUDREY BARGER, PRESIDING JUDGE,

   Respondent and Appellee.

   This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

   IT IS ORDERED THAT **Randall C. Lester, Stockman Bank Building, 25 5th Street N., Suite 202, Great Falls, MT 59401,(406) 727-5740,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

   IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

   A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this November 30, 2020.

Bowen Greenwood, Clerk of the Supreme Court

c:    Nathan J. Hoines, P.O. Box 829, Great Falls, MT 59403, (406) 761-0996
Jennifer Erin Forsyth, 410 3rd Avenue, Havre, MT 59501, (406) 265-1530
Hon. Audrey Barger, Hill County Justice Court, 315 4th Street, Havre, MT 59501,
      (406)248-5481 tex. 241
Randall C. Lester, see address above